Date: 06/15/10

**DIVIDENDS REMITTED TO THE COURT**

Check Number 2014 Dated 06/15/10

Case Number 09-32565 - LYNCH, SANDRA M

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602-0589 | 000004 | 314.25 | 4.45 |
| Remittance Total | | 314.25 | 4.45 |

MICHAEL J. IANNACONE, Trustee

#2338

RECEIVED 10 JUN 16 AM 9:10 U.S. BANKRUPTCY COURT ST. PAUL, MN

COURTI

Printed: 06/15/10 10:11 AM  Ver: 15.09